# Midlige Richter

JAMES S. RICHTER
Of Counsel
(201) 874-7325 (m)
jrichter@midlige-richter.com

January 17, 2023

**BY ECF**

Honorable Edward S. Kiel, U.S.M.J.
United States District Court
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

# ORDER

Re:   *Merck Sharp & Dohme LLC v. Gland Pharma Limited*
      *Civil Action No. 22 CV 5461 (JXN)(ESK)*

Dear Judge Kiel:

     This firm, together with ArentFox Schiff LLP, represents Defendant, Gland Pharma Limited in the above-referenced matter. We are writing to respectfully request an extension of the deadline for Gland to respond to the Complaint. The current deadline is January 18, 2023, and we respectfully request an extension until March 6, 2023.

     We have conferred with Merck's counsel, and Merck does not object to Gland's request. If this is acceptable to Your Honor, we respectfully request that you "SO ORDER" this letter where indicated below.

     We thank Your Honor for your consideration of this request. Should Your Honor have any questions, we are available at your convenience.

Respectfully submitted,

s/ James S. Richter

James S. Richter

Cc: All Counsel of Record (by ECF)

SO ORDERED:

*/s/ Edward S. Kiel*
_____
Honorable Edward S. Kiel, U.S.M.J.

Dated: January 17, 2023



