# ORDER

| Event | Proposed Dates |
|---|---|
| Exchange Rule 26(a)(1) Initial Disclosures | 3/14/2023 |
| Initial Scheduling Conference | 3/15/2023 |
| Plaintiff identifies asserted claims pursuant to L. Pat. R. 3.6(b) | 4/21/2023 |
| Parties submit proposed Discovery Confidentiality Order | 4/28/2023 |
| Defendant serves Invalidity Contentions and Non-Infringement Contentions of asserted claims with supporting documents pursuant to L. Pat. R. 3.6(c)-(f) | 5/15/2023 |
| Plaintiff serves Infringement Contentions and Responses to Invalidity Contentions with supporting documents pursuant to L. Pat. R. 3.6(g)-(i) | 6/29/2023 |
| Parties exchange proposed terms for construction and thereafter meet and confer to narrow issues pursuant to L. Pat. R. 4.1(a) | 7/13/2023 |
| Parties exchange preliminary proposed constructions and identifications of intrinsic and extrinsic evidence and thereafter meet and confer to narrow issues pursuant to L. Pat. R. 4.2(a)-(b) | 8/3/2023 |
| Parties exchange evidence opposing proposed claim constructions and thereafter meet and confer to narrow issues pursuant to L. Pat. R. 4.2(c) | 8/17/2023 |
| Joint Claim Construction and Prehearing Statement pursuant to L. Pat. R. 4.3 | 9/3/2023 |
| Completion of fact discovery related to claim construction pursuant to L. Pat. R. 4.4 | 10/3/2023 |
| Parties file opening *Markman* briefs with supporting evidence including expert declarations and certifications pursuant to L. Pat. R. 4.5(a) | 10/18/2023 |
| Completion of expert discovery regarding *Markman* issues pursuant to L. Pat. R. 4.5(b) | 11/17/2023 |
| Parties file responsive *Markman* briefs with supporting evidence pursuant to L. Pat. R. 4.5(c) | 12/18/2023 |
| Amendments to the pleadings or to join other parties with leave of Court | 12/20/2023 |
| Parties propose schedule to the Court for Claim Construction Hearing pursuant to L. Pat. R. 4.6 | 1/2/2024 |
| Markman Hearing | To be determined |
| Substantial completion of document production | February 7, 2024 |
| Status Conference with Court | Late February, 2024 |
| Close of fact discovery | To be determined |

-II-

| | |
|---|---|
| Opening expert reports on issues for which the party bears the burden of proof | 60 days from close of fact discovery |
| Rebuttal expert report (Plaintiff's rebuttal expert reports shall include any disclosure regarding secondary considerations) | 45 days from opening expert reports |
| Reply expert reports (including, but not limited to Defendants' response regarding secondary considerations) | 30 days from rebuttal expert reports |
| Close of expert discovery | 45 days from rebuttal expert reports |
| Deadline for Filing Dispositive Motions | To be determined |
| Deadline for Filing Pretrial Order | To be determined |
| Pretrial Conference | To be determined |
| Bench Trial | To be determined |
| 30-Month Stay Ends | February 1, 2025 |

**The schedule is So Ordered.**

     */s/ Edward S. Kiel*
**Edward S. Kiel, U.S.M.J.**
**Date: March 15, 2023**